# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>DESERT CANYON PHASE II LLC, et al.,<br><br>　　　　Defendant(s). | 2:12-CV-1463 JCM (PAL) |

## ORDER

Presently before the court is plaintiff Branch Banking and Trust Company's *ex parte* motion to exceed the page limit. (Doc. # 40).

Pursuant to Local Rule 7-4, a party must obtain leave of the court to file a motion or opposition in excess of 30 pages or a reply brief in excess of 20 pages. Plaintiff seeks leave to file a 28 page reply to defendants' motion for summary judgment.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to exceed the page limit (doc. # 40) be, and the same hereby is, GRANTED.

DATED November 13, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**