UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CANYON PHASE II, LLC, et al.,<br><br>Defendants. | Case No. 2:12-cv-01463-JCM-PAL<br><br>ORDER<br><br>(Mot Seal – Dkt. #63) |

Before the court is Defendants' Motion to File Declaration Under Seal (Dkt. #63).

The motion seeks leave to file the Declaration of Robert McCoy in Support of Opposition to Motion to Reinstate Case and to Set Deadlines for Briefing (Dkt. #62) and its exhibits under seal. The declaration and attached exhibits contain detailed information about the settlement conference the parties participated in before visiting United States Bankruptcy Judge Herb Ross and follow up communications the parties engaged as part of ongoing confidential settlement discussions.

Having reviewed and considered the matter, the court finds the movants have met their burden of establishing good cause that these documents should remain sealed.

**IT IS ORDERED** that Defendants' Motion to File Declaration Under Seal (Dkt. #63) is **GRANTED**.

DATED this 27th day of April, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE