1 Jeremy J. Nork, Esq.
Nevada Bar No. 4017
2 Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
3 HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
4 Las Vegas, Nevada 89134
702-669-4600
5 702-669-4650 – fax
jnork@hollandhart.com
6 nelovelock@hollandhart.com

7 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CANYON PHASE II LLC, a Nevada limited liability company; EDWARD NIGRO, an individual; DONNA NIGRO, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; TODD NIGRO, an individual; NIGRO DEVELOPMENT LLC, a Nevada limited liability company; DC MANAGEMENT GROUP LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01463-JCM-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE BRIEFS REGARDING FAIR MARKET VALUE**<br><br>**(FIRST REQUEST)** |

/ / /

/ / /

Page 1 of 2

7750417_1

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline to file response briefs regarding the fair market value that is currently due on April 27, 2015 to **May 4, 2015.** This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel and to allow sufficient time to prepare the response brief. Furthermore, the parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

| HOLLAND & HART LLP | MORRIS LAW GROUP |
|---|---|
| By _____ | By: __/s/ Joni Jamison_____ |
| Jeremy J. Nork, Bar No. 4017 | Robert McCoy, Bar No. 9121 |
| Nicole E. Lovelock, Bar No. 11187 | Joni A. Jamison, Bar No. 11614 |
| 9555 Hillwood Drive | 900 Bank of America Plaza |
| Second Floor | 300 South Fourth Street |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED:

Dated April 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

7750417_1