Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CANYON PHASE II LLC, a Nevada limited liability company; EDWARD NIGRO, an individual; DONNA NIGRO, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; TODD NIGRO, an individual; NIGRO DEVELOPMENT LLC, a Nevada limited liability company; DC MANAGEMENT GROUP LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01463-JCM-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE BRIEFS TO SUPPLEMENTAL BRIEFS**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline to file response briefs to supplemental briefs (Dkt. 83, Dkt. 84) that currently due on July 16, 2015 to **July 20, 2015**. This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel and

/ / /

7921235_1

to allow sufficient time to prepare the response brief. Furthermore, the parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

HOLLAND & HART

By /s/ Jeremy J. Nork
Jeremy J. Nork, Esq.
Nicole E. Lovelock, Esq.
9555 Hillwood Drive
Second Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

GARMAN TURNER GORDON

By /s/ Erika Pike Turner
Erika Pike Turner, Esq.
650 White Drive, Suite 100
Las Vegas, Nevada 89119

*Attorney for Defendant Edward Nigro*

MORRIS LAW GROUP

By: /s/ Joni A. Jamison
Robert McCoy, Esq.
Joni A. Jamison, Esq.
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for All Additional Defendants*

IT IS SO ORDERED:

Dated July 20, 2015.

_____
UNITED STATES DISTRICT JUDGE

7921235_1