Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CANYON PHASE II LLC, a Nevada limited liability company; EDWARD NIGRO, an individual; DONNA NIGRO, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; TODD NIGRO, an individual; NIGRO DEVELOPMENT LLC, a Nevada limited liability company; DC MANAGEMENT GROUP LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01463-JCM-PAL<br><br>**JUDGMENT** |

Based upon the previous orders of the Court that include Dkts. 52 and 107, which are incorporated herein by reference:

**IT IS HEREBY ORDERED AND ADJUDGED** that on February 29, 2012, the date of the trustee's sale, taking the amount of the indebtedness ($7,286,520.74) and providing Defendants credit for the fair market value of the subject property ($5,916,300.00) on said date, which is higher than the trustee's sale price ($2,784,000.00), the amount of the deficiency owed by Defendants to Plaintiff on February 29, 2012 was $1,370,220.74.

8909416_1

**IT IS FURTHER ORDERED AND ADJUDGED** that as of June 24, 2016 (1577 days from the trustee's sale), the deficiency amount is **$2,270,561.58**, comprised of principal in the amount of $1,370,220.74 and accrued interest in the amount of $900,340.84, which was calculated pursuant to a default interest rate of 15% per annum. That deficiency amount shall accrue interest at the per diem rate of $570.92 until the date of this judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff **BRANCH BANKING AND TRUST COMPANY** and against **DESERT CANYON PHASE II LLC, EDWARD NIGRO, DONNA NIGRO, MICHAEL E. NIGRO, MARGARET NIGRO, TODD NIGRO, NIGRO DEVELOPMENT LLC, and DC MANAGEMENT GROUP LLC**, jointly and severally, in the amount of **$2,270,561.58**.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment shall accrue interest at the legal rate from the date of this judgment until the judgment is paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Branch Banking and Trust Company is entitled to reasonable attorneys' fees and costs in the amount to be determined by the court. If Branch Banking and Trust Company seeks to recover those fees and costs, it shall file a motion with appropriate documentation within 14 days of entry of this judgment.

_____
James Mahan
United States District Judge

Dated: July 5, 2016