Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CANYON PHASE II LLC, a Nevada limited liability company; EDWARD NIGRO, an individual; DONNA NIGRO, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; TODD NIGRO, an individual; NIGRO DEVELOPMENT LLC, a Nevada limited liability company; DC MANAGEMENT GROUP LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01463-JCM-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS (Dkt. 116) AND DEFENDANTS' OBJECTION TO PLAINTIFF'S BILL OF COSTS (Dkt. 118)**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline for Plaintiff to file a response to Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Nontaxable Costs (Dkt. 116), which was filed on August 5, 2016, and Defendants' Objection to Plaintiff's Bill of Costs, which was filed on

9032133_1

August 5, 2016, (Dkt. 118) from **August 15, 2016** to **August 29, 2016**. The Motion for Attorneys' Fees and Nontaxable Costs (Dkt. 112) and Bill of Costs (Dkt. 113) were filed on July 19, 2016.

This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel. The parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

HOLLAND & HART

By /s/
   Jeremy J. Nork, Esq.
   Nicole E. Lovelock, Esq.
   9555 Hillwood Drive
   Second Floor
   Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

MORRIS LAW GROUP

By: /s/ Joni A. Jamison
   Robert McCoy, Esq.
   Joni A. Jamison, Esq.
   1980 Festival Plaza Drive
   Suite 650
   Las Vegas, Nevada 89135

*Attorneys for All Additional Defendants*

GARMAN TURNER GORDON

By /s/ Erika Pike Turner
   Erika Pike Turner, Esq.
   650 White Drive, Suite 100
   Las Vegas, Nevada 89119

*Attorney for Defendant Edward Nigro*

IT IS SO ORDERED:

Dated August 16, 2016.

UNITED STATES DISTRICT JUDGE