1 Jeremy J. Nork (SBN 4017)
Frank Z. LaForge (SBN 12246)
2 HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
3 Reno, Nevada 89511
Tel. 775/ 327-3000
4 Fax 775/ 786-6179
jnork@hollandhart.com
5 fzlaforge@hollandhart.com

6 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>DESERT CANYON PHASE II LLC, a Nevada limited liability company; EDWARD NIGRO, an individual; DONNA NIGRO, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; TODD NIGRO, an individual; NIGRO DEVELOPMENT LLC, a Nevada limited liability company; DC MANAGEMENT GROUP LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>  Defendants. | CASE NO. 2:12-cv-01463-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Branch Banking and Trust Company and Defendants Desert Canyon Phase II LLC, Edward Nigro, Donna Nigro, Michael E. Nigro, Margaret Nigro, Todd Nigro, Nigro Development LLC, and DC Management Group LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to voluntary dismissal with

. . .

prejudice of each of the claims in the above-captioned action with each party to bear their respective attorneys' fees and costs.

DATED November 7, 2016.

/s/
Jeremy J. Nork
Frank Z. LaForge
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Attorneys for Plaintiff

DATED November 7, 2016.

/s/
Robert McCoy
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendants

/s/
Erika Pike Turner
GARMAN TURNER GORDON
Erika Pike Turner, Esq.
650 White Drive, Suite 100
Las Vegas, Nevada  89119

Attorney for Defendant Edward Nigro

ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED: November 7, 2016